UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
NOV 19 2007
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **UNDER SEAL** |
| | ) |
| JERMAINE M. ROBERSON | ) Case No. 07 CR 769 |
| | ) |
| | ) Magistrate Judge |
| | ) Geraldine Soat Brown |

### GOVERNMENT'S MOTION TO SEAL COMPLAINT, ARREST WARRANT, AND AFFIDAVIT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal the Complaint, Arrest Warrant, and Affidavit:

Special Agent William L. Chrones of the U.S. Secret Service is the primary source of information for the Complaint, Arrest Warrant, and Affidavit. The Affidavit details the facts supporting probable cause that certain individuals did knowingly sell, transfer, and deliver falsely made, forged, and counterfeited obligations of the United States, namely, counterfeit Federal Reserve notes totaling approximately $2,700, with intent that they be passed, published and used as true and genuine, in violation of Title 18 U.S.C. § 473, as more fully described in the Affidavit. If those individuals were made aware of the facts contained in the Affidavit and of the issuance of the Complaint, Arrest Warrant, and Affidavit, then the investigation and the execution of the Arrest Warrant would be jeopardized.

For the foregoing reasons, the government respectfully requests that the Complaint, Arrest Warrant, and Affidavit, as well as this Motion to Seal, be sealed until the time of arrest.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: RENATO MARIOTTI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300