## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 769 | **DATE** | 11/19/2007 |
| **CASE TITLE** | USA vs. Jermaine M. Roberson | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Jermaine M. Roberson. The Government's motion to seal complaint, arrest warrant and affidavit is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|