UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **UNDER SEAL** |
| | ) |
| JERMAINE M. ROBERSON | ) Case No. 07 CR 769 |
| | ) |
| | ) Magistrate Judge |
| | ) Geraldine Soat Brown |

### ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, Arrest Warrant, Affidavit, and Motion to Seal, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT the Complaint, Arrest Warrant, Affidavit, and Motion to Seal, be sealed until the time of arrest, *but no later than Feb. 19, 2008.* (GSB)

ENTER:

_Geraldine Soat Brown_
Geraldine Soat Brown
United States Magistrate Judge

DATE: November 19, 2007