# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 769 | **DATE** | 11/20/2007 |
| **CASE TITLE** | USA vs. Jermaine M. Roberson | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Jermaine M. Roberson appears in response to arrest on 11/20/07. Defendant informed of his rights. Defendant previously had the Federal Defendant Program appointed from prior proceedings.  Government moves for pretrial detention. Detention hearing and status hearing on preliminary examination set for 11/26/07 at 10:30 a.m. Defendant shall remain in custody pending trial or until further order of the Court.  Government's oral motion to lift seal on the complaint and other relating documents is granted.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|