## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 769 | **DATE** | 11/26/2007 |
| **CASE TITLE** | USA vs. Jermaine M. Roberson | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 12/05/07 at 11:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|