UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 769 |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| JERMAINE M. ROBERSON | ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS
COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal without prejudice of the complaint in the above-captioned case pursuant to Fed. R. Crim. P. 48(a).

Counsel for the government has spoken with counsel for the defendant and defendant's counsel agrees to the entry of an order dismissing the Criminal Complaint without prejudice.

                                                           Respectfully submitted,

                                                           PATRICK J. FITZGERALD
                                                           United States Attorney

                                      By:   /s Renato Mariotti
                                                      RENATO MARIOTTI
                                                      Assistant U.S. Attorney
                                                      219 South Dearborn Street
                                                      Chicago, Illinois 60604
                                                      (312) 886-7855

Dated:       December 19, 2007

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that the following document:

      Government's Unopposed Motion to Dismiss Complaint Without Prejudice

was served on December 19, 2007, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

     /s Renato Mariotti
RENATO MARIOTTI
Assistant United States Attorney
Suite 500
219 South Dearborn Street
Chicago, Illinois
(312) 886-7855