# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 769 | **DATE** | 12/20/2007 |
| **CASE TITLE** | USA vs. Roberson | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion to dismiss complaint without prejudice [8] is granted. Terminate defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|

Case 1:07-cr-00769   Document 9   Filed 12/20/2007   Page 1 of 1

07CR769 USA vs. Roberson                                                                                      Page 1 of 1